## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CYNTHIA JOHNSON                                                                    PLAINTIFF

v.                                        3:09CV00074 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
                                                                                    DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 10th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE